# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

**RE:  Tanese Renee Newton-Love**                          **Case No. 23-31747**

### DIRECTIVE FOR TERMINATION OF VOLUNTARY PAYMENTS BY DEBTOR

The above case having been completed, dismissed or converted to a Chapter 7;

IT IS DIRECTED;

That the above Debtor shall discontinue sending the Trustee any  additional payments under

the previous Directive For Voluntary Payment.

THIS DIRECTIVE IS ENTERED PURSUANT TO A STANDING ORDER OF THE

UNITED STATES BANKRUPTCY COURT.

Dated: **January 29, 2024**

                              **/S/ Suzanne E. Wade**
                              Suzanne E. Wade, Trustee
                              Eastern District of Virginia, Richmond Division

The Trustee does hereby certify that a copy of this Directive was mailed to the debtor(s) and debtor(s) counsel on the date above written.

                              **/S/ Suzanne E. Wade**
                              Suzanne E. Wade, Trustee