# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**   23−31747−KLP
**Chapter**   13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Tanese Renee Newton−Love
301 N. Dunlop Street
Apt. 118
Petersburg, VA 23803

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−0420

Employer Tax−Identification (EIN) No(s).(if any):
Debtor:  NA

### NOTICE OF DISMISSAL OF CASE

Notice is hereby given that an order was entered on January 30, 2024 dismissing the above−captioned case.

Dated:   January 30, 2024

For the Court,

William C. Redden, Clerk
United States Bankruptcy Court

[VAN015vDec2009.jsp]

United States Bankruptcy Court

Eastern District of Virginia

In re: | Case No. 23-31747-KLP

Tanese Renee Newton-Love | Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7                      User:                                            Page 1 of 3

Date Rcvd: Jan 30, 2024                   Form ID: VAN015                               Total Noticed: 30

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##                Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tanese Renee Newton-Love, 301 N. Dunlop Street, Apt. 118, Petersburg, VA 23803-3055 |
| 16146573 | + | 2017 Brook Road Fee LLC, 2017 Brook Road, Richmond, VA 23220-1807 |
| 16146575 | + | Burnette Newton, 728 Seagrass Reach, Chesapeake, VA 23320-9270 |
| 16157682 | + | Check City, 2500 Turner Road, Richmond, VA 23224-2538 |
| 16146578 | + | City of Petersburg, Utility Billing Office, PO Box 1271, Petersburg, VA 23804-1271 |
| 16146577 | + | City of Petersburg, Office of the Treasurer, PO Box 1271, Petersburg, VA 23804-1271 |
| 16146584 | + | Healing Interventions Inc, 1001 Navaho Drive, Raleigh, NC 27609-7335 |
| 16146585 | | Henrico County GDC - Traffic, P.O. Box 90775, 4309 East Parham Road, Henrico, VA 23273-0775 |
| 16146588 | + | Petersburg General District Co, 35 E Tabb Street, Petersburg, VA 23803-4518 |
| 16146589 | + | Prince George District Court, PO Box 187, Prince George, VA 23875-0187 |
| 16146591 | + | Southampton Combined Court, PO Box 347, Courtland, VA 23837-0347 |
| 16146594 | + | York General District Court, PO Box 316, Yorktown, VA 23690-0316 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: ATLASACQU | Jan 31 2024 05:40:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 16178416 | | EDI: ATLASACQU | Jan 31 2024 05:40:00 | Atlas Acquisitions LLC, Attn: Avi Schild, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 16191781 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2024 01:17:39 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16146574 | + | EDI: CITICORP | Jan 31 2024 05:40:00 | Best Buy/ CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 16195595 | + | Email/Text: bkattorneynotices@gmail.com | Jan 31 2024 01:09:00 | Brandon S. Lefkowitz, 29777 Telegraph Road, Suite 2440, Southfield, MI 48034-7667 |
| 16146579 | | EDI: CRFRSTNA.COM | Jan 31 2024 05:40:00 | CRDT First, 6275 Eastland Road, Brookpark, OH 44142-1399 |
| 16146576 | + | Email/Text: lmoore@vacourts.gov | Jan 31 2024 01:08:00 | Chesterfield Gen. Dist. Court, PO Box 144, Chesterfield, VA 23832-0910 |
| 16146580 | | Email/Text: DEbankruptcy@domenergy.com | Jan 31 2024 01:08:00 | Dominion Energy Virginia, P.O. Box 26666, Richmond, VA 23261-0000 |
| 16146581 | | Email/Text: bankruptcy@ercopco.com | Jan 31 2024 01:11:00 | Elizabeth River Tunnels, 152 Tunnel Facility Drive, Portsmouth, VA 23707-1802 |
| 16195596 | + | Email/Text: opportunitynotices@gmail.com | Jan 31 2024 01:11:00 | FinWise Bank, c/o Opportunity Financial, LLC, 130 E. Randolph, Suite 3400, Chicago, IL |

District/off: 0422-7 | User: | Page 2 of 3
Date Rcvd: Jan 30, 2024 | Form ID: VAN015 | Total Noticed: 30

| | | | | |
|---|---|---|---|---|
| | | | | 60601-6379 |
| 16146582 | + | Email/Text: opportunitynotices@gmail.com | Jan 31 2024 01:11:00 | Finwise/Opploans, 130 E. Randolph Street, Suite 3400, Chicago, IL 60601-6379 |
| 16146583 | + | EDI: AMINFOFP.COM | Jan 31 2024 05:40:00 | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 16146586 | | Email/Text: ktramble@lendmarkfinancial.com | Jan 31 2024 01:08:00 | Lendmark Financial Services, 2118 Usher St. NW, Covington, GA 30014-0000 |
| 16146587 | | Email/Text: bankruptcy@marinerfinance.com | Jan 31 2024 01:09:00 | Mariner Finance LLC, 8211 Town Center Drive, Baltimore, MD 21236-5904 |
| 16169168 | + | EDI: LCIFULLSRV | Jan 31 2024 05:40:00 | Plaza Services, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 16155630 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 31 2024 01:10:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 16146590 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 31 2024 01:10:00 | Santander Consumer USA, Attn: Bankruptcy Department, PO Box 961245, Fort Worth, TX 76161-0244 |
| 16146592 | + | EDI: USAA.COM | Jan 31 2024 05:40:00 | USAA Federal Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | 2017 Brook Road Fee, LLC |
| cr | | Santander Consumer USA Inc. |
| 16146593 | ##+ | William Dove, 14184 Brookman Road, Somerset, VA 22972-2122 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abram Pierce Gagnon | on behalf of Debtor Tanese Renee Newton-Love ECF@bolemanlaw.com ecf@bolemanlaw.com;gagnon.abramr71011@notify.bestcase.com |
| Daniel James Webster | on behalf of Debtor Tanese Renee Newton-Love ecf@bolemanlaw.com ecfbackup@bolemanlaw.com |

District/off: 0422-7                              User:                                                    Page 3 of 3

Date Rcvd: Jan 30, 2024                    Form ID: VAN015                              Total Noticed: 30

Gerard R. Vetter

        USTPRegion04.RH.ECF@usdoj.gov

Jason Meyer Krumbein

        on behalf of Creditor 2017 Brook Road Fee  LLC jkrumbein@krumbeinlaw.com,
        a30156@yahoo.com;plutzky@krumbeinlaw.com;jkrumbein@recap.email

Laura Taylor Alridge

        on behalf of Debtor Tanese Renee Newton-Love ecf@bolemanlaw.com  ecfbackup@bolemanlaw.com

Sara A. John

        on behalf of Creditor Santander Consumer USA Inc. sara_john@eppspc.com

Suzanne E. Wade

        ecfsummary@ch13ricva.com  trustee@ch13ricva.com;fred@cmc13.net


TOTAL: 7