# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

In re:　Tanese Renee Newton-Love　　　　　　　　　　　　　Case No. 23-31747-KLP

　　　Debtor(s)

**ORDER**

　　This cause came on to be heard upon the Trustee's Motion to Dismiss for unreasonable delay that is prejudicial to creditors and/or for default in making the payments under the Plan,

　　It appearing to the Court that the Debtor(s) has/have failed to comply with the terms of the Plan confirmed by this Court,

　　It is ORDERED, ADJUDGED and DECREED that the petition filed herein by the Debtor(s) under Chapter 13 is and the same be hereby dismissed.

　　It is further ORDERED that any payments received by the Chapter 13 Trustee prior to entry of this order shall be paid by the Chapter 13 Trustee in accordance with the Debtor(s) Plan, and any such payments received after the entry of this order shall be remitted to the Debtor. The Clerk shall serve a copy of this Order to the Debtor(s), their Attorney, the Chapter 13 Trustee and notice of the dismissal shall be sent to all creditors and parties of interest.

Dated: __Jan 29 2024__　　　　　　　　　　　　　/s/ Keith L Phillips
　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge

RICHMOND, VIRGINIA

_____
I ASK FOR THIS

/s/ Suzanne E. Wade
Suzanne E. Wade
Standing Chapter 13 Trustee
7202 Glen Forest Dr., Suite 202
Richmond VA 23226　　　　　　　NOTICE OF JUDGEMENT OR ORDER
(804) 775-0979
VSB #31868　　　　　　　　　　　　　Entered On Docket: __Jan 30 2024__

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 23-31747-KLP |
| Tanese Renee Newton-Love | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-7 | User: | Page 1 of 2 |
| Date Rcvd: Jan 30, 2024 | Form ID: pdford6 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tanese Renee Newton-Love, 301 N. Dunlop Street, Apt. 118, Petersburg, VA 23803-3055 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2024            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abram Pierce Gagnon | on behalf of Debtor Tanese Renee Newton-Love ECF@bolemanlaw.com ecf@bolemanlaw.com;gagnon.abramr71011@notify.bestcase.com |
| Daniel James Webster | on behalf of Debtor Tanese Renee Newton-Love ecf@bolemanlaw.com  ecfbackup@bolemanlaw.com |
| Gerard R. Vetter | USTPRegion04.RH.ECF@usdoj.gov |
| Jason Meyer Krumbein | on behalf of Creditor 2017 Brook Road Fee  LLC jkrumbein@krumbeinlaw.com, a30156@yahoo.com;plutzky@krumbeinlaw.com;jkrumbein@recap.email |
| Laura Taylor Alridge | on behalf of Debtor Tanese Renee Newton-Love ecf@bolemanlaw.com  ecfbackup@bolemanlaw.com |

| District/off: 0422-7 | User: | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 30, 2024 | Form ID: pdford6 | Total Noticed: 1 |

Sara A. John
       on behalf of Creditor Santander Consumer USA Inc. sara_john@eppspc.com

Suzanne E. Wade
       ecfsummary@ch13ricva.com  trustee@ch13ricva.com;fred@cmc13.net

TOTAL: 7