**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re:  Tanese Renee Newton-Love                              Case No. 23-31747-KLP

    Debtor(s)

### ORDER

This cause came on to be heard upon the Trustee's Motion to Dismiss for unreasonable delay that is prejudicial to creditors and/or for default in making the payments under the Plan,

It appearing to the Court that the Debtor(s) has/have failed to comply with the terms of the Plan confirmed by this Court,

It is ORDERED, ADJUDGED and DECREED that the petition filed herein by the Debtor(s) under Chapter 13 is and the same be hereby dismissed.

It is further ORDERED that any payments received by the Chapter 13 Trustee prior to entry of this order shall be paid by the Chapter 13 Trustee in accordance with the Debtor(s) Plan, and any such payments received after the entry of this order shall be remitted to the Debtor. The Clerk shall serve a copy of this Order to the Debtor(s), their Attorney, the Chapter 13 Trustee and notice of the dismissal shall be sent to all creditors and parties of interest.

Dated: Jan 29 2024                                    /s/ Keith L Phillips
                                                                        Judge

RICHMOND, VIRGINIA

_____
I ASK FOR THIS

/s/ Suzanne E. Wade
Suzanne E. Wade
Standing Chapter 13 Trustee
7202 Glen Forest Dr., Suite 202
Richmond VA 23226                    NOTICE OF JUDGEMENT OR ORDER
(804) 775-0979
VSB #31868                                   Entered On Docket: Jan 30 2024

United States Bankruptcy Court

Eastern District of Virginia

In re:  Case No. 23-31747-KLP

Tanese Renee Newton-Love  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7  User:  Page 1 of 2
Date Rcvd: Jan 30, 2024  Form ID: pdforder  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2024:**

**Recip ID    Recipient Name and Address**
db      + Tanese Renee Newton-Love, 301 N. Dunlop Street, Apt. 118, Petersburg, VA 23803-3055

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2024  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2024 at the address(es) listed below:**

**Name**    **Email Address**

Abram Pierce Gagnon
    on behalf of Debtor Tanese Renee Newton-Love ECF@bolemanlaw.com
    ecf@bolemanlaw.com;gagnon.abramr71011@notify.bestcase.com

Daniel James Webster
    on behalf of Debtor Tanese Renee Newton-Love ecf@bolemanlaw.com  ecfbackup@bolemanlaw.com

Gerard R. Vetter
    USTPRegion04.RH.ECF@usdoj.gov

Jason Meyer Krumbein
    on behalf of Creditor 2017 Brook Road Fee  LLC jkrumbein@krumbeinlaw.com,
    a30156@yahoo.com;plutzky@krumbeinlaw.com;jkrumbein@recap.email

Laura Taylor Alridge
    on behalf of Debtor Tanese Renee Newton-Love ecf@bolemanlaw.com  ecfbackup@bolemanlaw.com

| District/off: 0422-7 | User: | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 30, 2024 | Form ID: pdforder | Total Noticed: 1 |

Sara A. John
    on behalf of Creditor Santander Consumer USA Inc. sara_john@eppspc.com

Suzanne E. Wade
    ecfsummary@ch13ricva.com trustee@ch13ricva.com;fred@cmc13.net

TOTAL: 7